Case 10-18071   Doc 1   Filed 04/23/10   Entered 04/23/10 09:31:26   Desc Main
Document   Page 1 of 21

B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Colts Run, L.L.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4453302** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

Street Address of Debtor (No. and Street, City, and State):
**100 North Field Drive, Suite 110**
**Lake Forest, IL**
ZIP Code **60045**

Street Address of Joint Debtor (No. and Street, City, and State):
ZIP Code

County of Residence or of the Principal Place of Business:
**Lake County, IL**

County of Residence or of the Principal Place of Business:

Mailing Address of Debtor (if different from street address):
ZIP Code

Mailing Address of Joint Debtor (if different from street address):
ZIP Code

Location of Principal Assets of Business Debtor
(if different from street address above):
**3170 Mapleleaf Drive**
**Lexington, KY**

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
☐ Health Care Business
■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)
■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Colts Run, L.L.C.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                           Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Colts Run, L.L.C.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ DAVID K. WELCH** _____
Signature of Attorney for Debtor(s)

**DAVID K. WELCH 06183621**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**

Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**April 23, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Ivan Djurin** _____
Signature of Authorized Individual

**Ivan Djurin**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**April 23, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re   **Colts Run, L.L.C.** _____,   Case No. _____

Debtor

# FORM 1. VOLUNTARY PETITION

## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Berkley Manor Apartments Limited Partnership**<br>**Northern District of Illinois** | **09-41895**<br>**Common Ownership** | **11/04/09**<br>**Hollis** |
| **Ventana Hills Associates, Ltd.**<br>**Northern District of Illinois** | **09-41755**<br>**Common Ownership** | **11/03/09**<br>**Hollis** |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Colts Run, L.L.C.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **ABCO Carpet Cleaning**<br>PO Box 23834<br>Lexington, KY 40523 | **ABCO Carpet Cleaning**<br>PO Box 23834<br>Lexington, KY 40523 | | | **550.00** |
| **Apartment Finder**<br>PO Box 402168<br>Atlanta, GA 30384-2168 | **Apartment Finder**<br>PO Box 402168<br>Atlanta, GA 30384-2168 | | | **2,612.01** |
| **Apartments.com**<br>2563 Collection Center Dr.<br>Chicago, IL 60693 | **Apartments.com**<br>2563 Collection Center Dr.<br>Chicago, IL 60693 | | | **1,230.00** |
| **Assurance Agency, Ltd.**<br>PO Box 66056<br>Chicago, IL 60666-0056 | **Assurance Agency, Ltd.**<br>PO Box 66056<br>Chicago, IL 60666-0056 | | | **7,478.00** |
| **Assurant Health**<br>PO Box 790076<br>Saint Louis, MO 63179-0076 | **Assurant Health**<br>PO Box 790076<br>Saint Louis, MO 63179-0076 | | | **1,844.30** |
| **Cort Furniture Rental**<br>4904 Century Plaza Rd.<br>Indianapolis, IN 46254 | **Cort Furniture Rental**<br>4904 Century Plaza Rd.<br>Indianapolis, IN 46254 | | | **830.77** |
| **Ellis Painting**<br>527 Pinoak Drive<br>Nicholasville, KY 40356 | **Ellis Painting**<br>527 Pinoak Drive<br>Nicholasville, KY 40356 | | | **5,135.00** |
| **For Rent Magazine**<br>75 Remittance Dr., #1705<br>Chicago, IL 60675-1705 | **For Rent Magazine**<br>75 Remittance Dr., #1705<br>Chicago, IL 60675-1705 | | | **4,276.00** |
| **Hassan Reda**<br>3170 Mapleleaf Dr., #1411<br>Lexington, KY 40509 | **Hassan Reda**<br>3170 Mapleleaf Dr., #1411<br>Lexington, KY 40509 | | | **916.26** |
| **HD Supply Facillities**<br>PO Box 509058<br>San Diego, CA 92150-9058 | **HD Supply Facillities**<br>PO Box 509058<br>San Diego, CA 92150-9058 | | | **5,103.21** |
| **Illustratus**<br>10983 Granada Lane<br>Leawood, KS 66211 | **Illustratus**<br>10983 Granada Lane<br>Leawood, KS 66211 | | | **416.46** |
| **Lowes Commercial Services**<br>PO Box 530954<br>Atlanta, GA 30353-0954 | **Lowes Commercial Services**<br>PO Box 530954<br>Atlanta, GA 30353-0954 | | | **589.30** |

B4 (Official Form 4) (12/07) - Cont.

In re __Colts Run, L.L.C._____    Case No. _____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Office Depot, Inc.<br>PO Box 88040<br>Chicago, IL 60680-1040 | Office Depot, Inc.<br>PO Box 88040<br>Chicago, IL 60680-1040 | | | 370.38 |
| Okolona Pest Control, Inc.<br>PO Box 19201<br>Louisville, KY 40259-0201 | Okolona Pest Control, Inc.<br>PO Box 19201<br>Louisville, KY 40259-0201 | | | 480.00 |
| Rent.Com/Payment Center<br>Department 1987<br>Los Angeles, CA 90084-1987 | Rent.Com/Payment Center<br>Department 1987<br>Los Angeles, CA 90084-1987 | | | 778.00 |
| Rite Rug Company, Inc.<br>c/o Fifth Third Bank<br>PO Box 634478<br>Cincinnati, OH 45263-4478 | Rite Rug Company, Inc.<br>c/o Fifth Third Bank<br>PO Box 634478<br>Cincinnati, OH 45263-4478 | | | 5,077.15 |
| Sherwin Williams Store 1223<br>1183 D. Brock McVey Dr.<br>Lexington, KY 40509-4118 | Sherwin Williams Store 1223<br>1183 D. Brock McVey Dr.<br>Lexington, KY 40509-4118 | | | 8,095.05 |
| Sherwin Williams Store 1261<br>2909 Richmond Rd. #90<br>Lexington, KY 40509-1715 | Sherwin Williams Store 1261<br>2909 Richmond Rd. #90<br>Lexington, KY 40509-1715 | | | 928.91 |
| Wilmar Industries, Inc.<br>PO Box 404284<br>Atlanta, GA 30384-4284 | Wilmar Industries, Inc.<br>PO Box 404284<br>Atlanta, GA 30384-4284 | | | 2,414.68 |
| Windstream<br>PO Box 9001908<br>Louisville, KY 40290-1908 | Windstream<br>PO Box 9001908<br>Louisville, KY 40290-1908 | | | 390.60 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A LIMITED LIABILITY COMPANY

I, the Manager of the limited liability company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date __April 23, 2010_____    Signature    __/s/Ivan Djurin_____
Ivan Djurin
Manager

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Colts Run, L.L.C.**                                    ,          Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | real estate taxes | | | | | |
| Fayette County Attorney Attn: Dianne McKenna 110 West Vine St., 2nd Fl. Lexington, KY 40507 | | - | | | | | | | |
| | | | | Value $        Unknown | | | | 364,539.00 | Unknown |
| Account No. | | | | | | | | | |
| GMAC 6716 Grade Lane, Building 9 Suite 910 Louisville, KY 40213-3416 | | - | | | | | | | |
| | | | | Value $        Unknown | | | | 39,001.37 | Unknown |
| Account No. | | | | 1st mortgage | | | | | |
| PNC Bank One North Franklin Street 21st Floor Chicago, IL 60606 | | - | | | | | X | 19,006,739.41 | Unknown |
| | | | | Value $        Unknown | | | | | |
| Account No. | | | | 2nd Mortgage-Mezzanine Financing | | | | | |
| PNC Bank One North Franklin Street 21st Floor Chicago, IL 60606 | | - | | | | | X | 3,600,000.00 | Unknown |
| | | | | Value $        Unknown | | | | | |

__0__ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 23,010,279.78 | 0.00 |
| Total (Report on Summary of Schedules) | 23,010,279.78 | 0.00 |

B6E (Official Form 6E) (4/10)

In re    **Colts Run, L.L.C.**                                                              ,    Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**___ continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Colts Run, L.L.C.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **ABCO Carpet Cleaning** PO Box 23834 Lexington, KY 40523 | - | | | | | | | | 550.00 |
| Account No. xxxxxxxxx7550 **ADT Security Systems** PO Box 371967 Pittsburgh, PA 15250-7967 | - | | | | | | | | 117.07 |
| Account No. xxxxx0111 **Apartment Finder** PO Box 402168 Atlanta, GA 30384-2168 | - | | | | | | | | 2,612.01 |
| Account No. x0535 **Apartments.com** 2563 Collection Center Dr. Chicago, IL 60693 | - | | | | | | | | 1,230.00 |

__8__   continuation sheets attached

Subtotal
(Total of this page)    **4,509.08**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Colts Run, L.L.C.**                                                          ,    Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxTR-02** <br><br> **Assurance Agency, Ltd.** <br> **PO Box 66056** <br> **Chicago, IL 60666-0056** | - | | | | | | 7,478.00 |
| Account No. **xx4000** <br><br> **Assurant Health** <br> **PO Box 790076** <br> **Saint Louis, MO 63179-0076** | - | | | | | | 1,844.30 |
| Account No. **xxxxx-x1870** <br><br> **Cintas Corporation #312** <br> **100 Westhampton Dr.** <br> **Lexington, KY 40511** | - | | | | | | 328.55 |
| Account No. **xx0737** <br><br> **Cort Furniture Rental** <br> **4904 Century Plaza Rd.** <br> **Indianapolis, IN 46254** | - | | | | | | 830.77 |
| Account No. <br><br> **Ellis Painting** <br> **527 Pinoak Drive** <br> **Nicholasville, KY 40356** | - | | | | | | 5,135.00 |

Sheet no. __1__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    15,616.62

B6F (Official Form 6F) (12/07) - Cont.

In re **Colts Run, L.L.C.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx0003** <br><br> For Rent Magazine <br> 75 Remittance Dr., #1705 <br> Chicago, IL 60675-1705 | - | | | | | | 4,276.00 |
| Account No. **xxx-xxxx-x7320** <br><br> GMAC <br> P.O. Box 9001948 <br> Louisville, KY 40290-1948 | - | | | | | | 582.11 |
| Account No. **none** <br><br> Greater Lexington Apartment Assn. <br> 210 Malabu Dr., Ste. 215 <br> Lexington, KY 40502 | - | | | | | | 155.00 |
| Account No. <br><br> Hassan Reda <br> 3170 Mapleleaf Dr., #1411 <br> Lexington, KY 40509 | - | | | | | | 916.26 |
| Account No. **xxx1107** <br><br> HD Supply Facillities <br> PO Box 509058 <br> San Diego, CA 92150-9058 | - | | | | | | 5,103.21 |

Sheet no. __2__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **11,032.58**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Colts Run, L.L.C.**              ,        Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8097**<br><br>IKON Office Solutions<br>PO Box802815<br>Chicago, IL 60680-2815 | - | | | | | | 173.89 |
| Account No. **xx-xS369**<br><br>Illustratus<br>10983 Granada Lane<br>Leawood, KS 66211 | - | | | | | | 416.46 |
| Account No. **xx-xxxxxxx-x & 587-3**<br><br>Kentucky American Water<br>PO Box 371880<br>Pittsburgh, PA 15250-7880 | - | | | | | | 216.87 |
| Account No. **x0088**<br><br>Lexington Coffee & Tea, Inc.<br>2571 Regency Rd.<br>Lexington, KY 40503 | - | | | | | | 67.81 |
| Account No. **xx1680**<br><br>LexisNexis Screening Solutions<br>PO Box 730694<br>Dallas, TX 75373-0694 | - | | | | | | 363.00 |

Sheet no. __3__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,238.03

B6F (Official Form 6F) (12/07) - Cont.

In re    **Colts Run, L.L.C.**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Louisville Apartment Association 7400 South Park Place, Suite 1 Louisville, KY 40222** | - | | | | | | | 239.99 |
| Account No. **xxxx xxx021 1** | | | | | | | | |
| **Lowes Commercial Services PO Box 530954 Atlanta, GA 30353-0954** | - | | | | | | | 589.30 |
| Account No. **xx7157** | | | | | | | | |
| **National Apartment Association PO Box 75219 Baltimore, MD 21275-5219** | - | | | | | | | 42.00 |
| Account No. **xxxx6606** | | | | | | | | |
| **Office Depot, Inc. PO Box 88040 Chicago, IL 60680-1040** | - | | | | | | | 370.38 |
| Account No. **x4614** | | | | | | | | |
| **Okolona Pest Control, Inc. PO Box 19201 Louisville, KY 40259-0201** | - | | | | | | | 480.00 |

Sheet no. __4__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,721.67**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Colts Run, L.L.C.** ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**One Zero Charlie Marketing**<br>**5112 Greenwood Rd.**<br>**Greenwood, IL** | - | | | | | | 119.51 |
| Account No. <br><br>**Poage Engineers & Assoc., Inc.**<br>**446 East High St.**<br>**Lexington, KY 40507** | - | | | | | | 267.17 |
| Account No. <br><br>**Raynor Door Authority of Lexington**<br>**1033 Rushwood Court**<br>**Lexington, KY 40511** | - | | | | | | 267.17 |
| Account No. **xxxxxxxx xx xx1022**<br><br>**Rent.Com/Payment Center**<br>**Department 1987**<br>**Los Angeles, CA 90084-1987** | - | | | | | | 778.00 |
| Account No. <br><br>**Rite Rug Company, Inc.**<br>**c/o Fifth Third Bank**<br>**PO Box 634478**<br>**Cincinnati, OH 45263-4478** | - | | | | | | 5,077.15 |

Sheet no. __5__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    6,509.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**Colts Run, L.L.C.**_____,     Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Scheller's Fitness and Cycling**<br>**1987 Harrodsburg Rd.**<br>**Lexington, KY 40503** | - | | | | | | | 231.40 |
| Account No.<br><br>**Sherrow Sutherland & Associates**<br>**PSC**<br>**200 Southland Dr.**<br>**Lexington, KY 40503-1949** | - | | | | | | | 343.75 |
| Account No. **xxxx-x412-1**<br><br>**Sherwin Williams Store 1223**<br>**1183 D. Brock McVey Dr.**<br>**Lexington, KY 40509-4118** | - | | | | | | | 8,095.05 |
| Account No. **xxxx-x372-7**<br><br>**Sherwin Williams Store 1261**<br>**2909 Richmond Rd. #90**<br>**Lexington, KY 40509-1715** | - | | | | | | | 928.91 |
| Account No.<br><br>**Star Building Materials, Inc.**<br>**8319 Dixie Highway**<br>**Florence, KY 41042** | - | | | | | | | 39.17 |

Sheet no. __6__ of __8__ sheets attached to Schedule of                     Subtotal          | 9,638.28 |
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Colts Run, L.L.C.**                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Husband, Wife, Joint, or Community** spans the H W J C columns | | | | | | | |
| Account No.<br><br>**Stephen Marshall**<br>**Sherrow, Sutherland and Associates**<br>**200 Southland Dr.**<br>**Lexington, KY 40503** | - | | | | | | **Unknown** |
| Account No.<br><br>**Thoroughbred Gates & Security**<br>**15057 Violet Rd.**<br>**Crittenden, KY 41030** | - | | | | | | **208.77** |
| Account No.<br><br>**William E. Huml & Co., Ltd.**<br>**1870 West Winchester Rd., Ste. 245**<br>**Libertyville, IL 60048** | - | | | | | | **Unknown** |
| Account No. **x1493**<br><br>**Wilmar Industries, Inc.**<br>**PO Box 404284**<br>**Atlanta, GA 30384-4284** | - | | | | | | **2,414.68** |
| Account No. **various**<br><br>**Windstream**<br>**PO Box 9001908**<br>**Louisville, KY 40290-1908** | - | | | | | | **390.60** |

Sheet no. __7__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **3,014.05**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Colts Run, L.L.C.** _____ ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **various** | | | | | | | | |
| **Windstream Entertainment** **PO Box 2273** **Omaha, NE 68103-2273** | - | | | | | | | |
| | | | | | | | | **132.04** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __8__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **132.04** |
| Total (Report on Summary of Schedules) | **53,411.35** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Colts Run, L.L.C.**

Debtor(s)

Case No.

Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES D, E & F

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the limited liability company named as debtor in this case, declare under penalty of perjury that I have read the foregoing schedules D, E and F, consisting of **9** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **April 23, 2010**

Signature    **/s/Ivan Djurin**
**Ivan Djurin**
**Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re __Colts Run, L.L.C.__                                      Case No. _____
_____
                              Debtor(s)          Chapter   __11__

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ __43__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  __April 23, 2010__                        __/s/ Ivan Djurin__
                                                 **Ivan Djurin**/Manager
                                                 Signer/Title

ABCO Carpet Cleaning
PO Box 23834
Lexington, KY 40523

.

ADT Security Systems
PO Box 371967
Pittsburgh, PA 15250-7967

Apartment Finder
PO Box 402168
Atlanta, GA 30384-2168

Apartments.com
2563 Collection Center Dr.
Chicago, IL 60693

Assurance Agency, Ltd.
PO Box 66056
Chicago, IL 60666-0056

Assurant Health
PO Box 790076
Saint Louis, MO 63179-0076

Cintas Corporation #312
100 Westhampton Dr.
Lexington, KY 40511

Cort Furniture Rental
4904 Century Plaza Rd.
Indianapolis, IN 46254

Ellis Painting
527 Pinoak Drive
Nicholasville, KY 40356

Fayette County Attorney
Attn: Dianne McKenna
110 West Vine St., 2nd Fl.
Lexington, KY 40507

For Rent Magazine
75 Remittance Dr., #6703
Chicago, IL 60675-1705

GMAC
P.O. Box 9001948
Louisville, KY 40290-1948

GMAC
6716 Grade Lane, Building 9
Suite 910
Louisville, KY 40213-3416

Greater Lexington Apartment Assn.
210 Malabu Dr., Ste. 215
Lexington, KY 40502

Hassan Reda
3170 Mapleleaf Dr., #1411
Lexington, KY 40509

HD Supply Facillities
PO Box 509058
San Diego, CA 92150-9058

IKON Office Solutions
PO Box802815
Chicago, IL 60680-2815

Illustratus
10983 Granada Lane
Leawood, KS 66211

Kentucky American Water
PO Box 371880
Pittsburgh, PA 15250-7880

Lexington Coffee & Tea, Inc.
2571 Regency Rd.
Lexington, KY 40503

LexisNexis Screening Solutions
PO Box 730694
Dallas, TX 75373-0694

Louisville Apartment Association
7400 South Park Place, Suite 1
Louisville, KY 40222

Lowes Commercial Services
PO Box 530954
Atlanta, GA 30353-0954

National Apartment Association
PO Box 75219
Baltimore, MD 21275-5219

Office Depot, Inc.
PO Box 88040
Chicago, IL 60680-1040

Okolona Pest Control, Inc.
PO Box 19201
Louisville, KY 40259-0201

One Zero Charlie Marketing
5112 Greenwood Rd.
Greenwood, IL

PNC Bank
One North Franklin Street
21st Floor
Chicago, IL 60606

Poage Engineers & Assoc., Inc.
446 East High St.
Lexington, KY 40507

Raynor Door Authority of Lexington
1033 Rushwood Court
Lexington, KY 40511

Rent.Com/Payment Center
Department 1987
Los Angeles, CA 90084-1987

Wilmar Industries, Inc.
PO Box 404284
Atlanta, GA 30384-4284

Rite Rug Company, Inc.
c/o Fifth Third Bank
PO Box 634478
Cincinnati, OH 45263-4478

Windstream
PO Box 9001908
Louisville, KY 40290-1908

Scheller's Fitness and Cycling
1987 Harrodsburg Rd.
Lexington, KY 40503

Windstream Entertainment
PO Box 2273
Omaha, NE 68103-2273

Sherrow Sutherland & Associates PSC
200 Southland Dr.
Lexington, KY 40503-1949

Sherwin Williams Store 1223
1183 D. Brock McVey Dr.
Lexington, KY 40509-4118

Sherwin Williams Store 1261
2909 Richmond Rd. #90
Lexington, KY 40509-1715

Star Building Materials, Inc.
8319 Dixie Highway
Florence, KY 41042

Stephen Marshall
Sherrow, Sutherland and Associates
200 Southland Dr.
Lexington, KY 40503

Thoroughbred Gates & Security
15057 Violet Rd.
Crittenden, KY 41030

William E. Huml & Co., Ltd.
1870 West Winchester Rd., Ste. 245
Libertyville, IL 60048