UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 10-18071 |
| | ) | |
| COLTS RUN, L.L.C., | ) | Chapter 11 |
| An Illinois Limited Liability Company, | ) | |
| | ) | Judge Hollis |
| Debtor/Debtor-in-Possession | ) | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, legal counsel for creditor, Rite Rug Company,

Inc. in this matter, hereby enters his appearance on behalf of Rite Rug Company, Inc.


All correspondence, orders, pleadings or other documents are to be served on:

CHARLES F. MERZ
Kentucky Bar # 47393
CHARLES F. MERZ & ASSOCIATES P.L.L.C.
11414 Main Street, Suite 102
Louisville, Kentucky 40243
(502) 244-2034

Please send all electronic notices filed in this action to the following e-mail address:

c.merz@cmerzlaw.com

Respectfully,

Charles F. Merz
Charles F. Merz & Associates P.L.L.C.
Suite 102, 11414 Main Street
Louisville, Kentucky 40243
(502) 244-2034- Phone
(502) 244-1811 - Fax

## CERTIFICATE OF SERVICE

The undersigned hereby states that a copy of the foregoing Notice of Appearance was

mailed via first class mail on the 26th day of May, 2010, to:

U. S. Bankruptcy Court
Northern District of Illinois
Eastern Division
Court Clerk's Office
219 S. Dearborn, Rm. 713
Chicago, Illinois 60604

_____
Counsel for Creditor,
Rite Rug Company, Inc.

2