IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-18071 |
| COLTS RUN, L.L.C., ) | Chapter 11 |
| an Illinois Limited Liability Company, ) | Judge Hollis |
| ) | |
| Debtor/Debtor-in-Possession. ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on the 21st day of June, 2010, COLTS RUN, L.L.C., Debtor/Debtor-in-Possession herein, filed a **Final Order Authorizing Continued Use of Cash Collateral And Granting Other Related Relief**, a copy of which is attached hereto and herewith served upon you.

**The terms of this Order are being negotiated between the Bank and the Debtor and, therefore, the Debtor reserves its respective rights to further revise this Order. This Order is being filed and served in accordance with the terms and conditions of the existing Second Interim Order Authorizing Use of Cash Collateral entered by the Bankruptcy Court on May 20, 2010.**

/s/David K. Welch
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle, #3705
Chicago, IL 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that a copy of the Debtor's **Final Order Authorizing Continued Use of Cash Collateral And Granting Other Related Relief** was caused to be served via First Class Mail properly addressed and postage prepaid to all parties on the attached service list, on the 21st day of June, 2010 before the hour of 5:00 p.m.

/s/David K. Welch
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## SERVICE LIST

United States Trustee
Dirksen Federal Building
219 South Dearborn Street
Suite 873
Chicago, IL 60604

Randall L. Klein, Esq.
Sarah J. Risken, Esq.
Goldberg Kohn Ltd.
55 East Monroe St., Suite 3300
Chicago, IL 60603

ABCO Carpet Cleaning
PO Box 23834
Lexington, KY 40523

Apartment Finder
PO Box 402168
Atlanta, GA 30384-2168

Apartments.com
2563 Collection Center Dr.
Chicago, IL 60693

Assurance Agency, Ltd.
PO Box 66056
Chicago, IL 60666-0056

Assurant Health
PO Box 790076
Saint Louis, MO 63179-0076

Cort Furniture Rental
4904 Century Plaza Rd.
Indianapolis, IN 46254

Ellis Painting
527 Pinoak Drive
Nicholasville, KY 40356

For Rent Magazine
75 Remittance Dr., #1705
Chicago, IL 60675-1705

Hassan Reda
3170 Mapleleaf Dr., #1411
Lexington, KY 40509

HD Supply Facillities
PO Box 509058
San Diego, CA 92150-9058

Illustratus
10983 Granada Lane
Leawood, KS 66211

Lowes Commercial Services
PO Box 530954
Atlanta, GA 30353-0954

Office Depot, Inc.
PO Box 88040
Chicago, IL 60680-1040

Okolona Pest Control, Inc.
PO Box 19201
Louisville, KY 40259-0201

Rent.Com/Payment Center
Department 1987
Los Angeles, CA 90084-1987

Rite Rug Company, Inc.
c/o Fifth Third Bank
PO Box 634478
Cincinnati, OH 45263-4478

Sherwin Williams Store 1223
1183 D. Brock McVey Dr.
Lexington, KY 40509-4118

Sherwin Williams Store 1261
2909 Richmond Rd. #90
Lexington, KY 40509-1715

Wilmar Industries, Inc.
PO Box 404284
Atlanta, GA 30384-4284

Windstream
PO Box 9001908
Louisville, KY 40290-1908

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-18071 |
| COLTS RUN, L.L.C., ) | Chapter 11 |
| an Illinois Limited Liability Company, ) | Judge Hollis |
| ) | |
| Debtor/Debtor-in-Possession. ) | |

### FINAL ORDER AUTHORIZING CONTIUED USE OF
### CASH COLLATERAL AND GRANTING RELATED RELIEF

AT Chicago, Illinois in said District before the Honorable Pamela S. Hollis, Bankruptcy Judge, this ____ day of June, 2010:

THIS MATTER COMING TO BE HEARD upon the Motion of COLTS RUN, L.L.C., an Illinois limited liability company, Debtor/Debtor-in-Possession herein, For Authority to Use Cash Collateral pursuant to Section 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; this Court having determined that the Debtor's use of cash collateral to cover the expenditures set forth on Exhibit A to the Motion is necessary to avoid immediate and irreparable harm to the Debtor's estate pending a final hearing on the Motion; and this Court being fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

A) The Debtor is authorized to use cash collateral during the period June 27, 2010, through September 25, 2010, to the extent set forth on Exhibit A hereto plus no more than 10% of such budgeted amounts by category unless the bank consents or this Court authorizes any such greater amounts;

B) In return for the Debtor's continued use of cash collateral, PNC Bank ("Bank") is granted the following adequate protection for its purported secured interests:

1. The Debtor will permit the Bank to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

2. The Debtor shall maintain and pay premiums for insurance to cover all of its assets from fire, theft and water damage;

3. The Debtor shall, upon reasonable request, make available to the Bank evidence of that which constitutes its collateral or proceeds; and

4. The Debtor will properly maintain the Property in good repair and properly manage such Property;

5. The Bank is granted replacement liens as adequate protection for any decline in value of its interests in the Debtor's property arising during the course of this Chapter 11 case;

6. If and to the extent the adequate protection of its secured interests in the Debtor's property proves insufficient, the Bank shall have an allowed claim under Section 507(b) of the Bankruptcy Code in the amount of any such insufficiency.

C) A hearing on the Motion is scheduled before this Court on September __, 2010, at 10:30 a.m.

ENTER: _____

**DEBTOR'S COUNSEL**:
David K. Welch, Esq. (Atty. No. 06183621)
Arthur G. Simon, Esq. (Atty. No. 03124481)
Scott R. Clar, Esq. (Atty. No. 06183741)
Jeffrey C. Dan, Esq. (Atty. No. 06242750)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
W:\GRACE\Colts\Cash Collateral.ORD.Final.wpd