IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Colts Run LLC                                     CASE NO.   521-10-18071

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending July 19, 2012 - FINAL REPORTING

| | | | |
|---|---|---:|---:|
| BEGINNING BALANCE IN ALL ACCOUNTS | | | 662,739 |
| RECEIPTS: | | | |
| | 1. Receipts from operations | | 154,299 |
| | 2. Other Receipts | | 14,200 |
| DISBURSEMENTS: | | | |
| | 3. Net payroll: | | |
| | a. Officers | 0 | |
| | b. Others | 9,000 | |
| | 4. Taxes | | |
| | a. Federal Income Taxes | 1,461 | |
| | b. FICA withholdings | 700 | |
| | c. Employee's withholdings - local | 326 | |
| | d. Employer's FICA | 947 | |
| | e. Federal Unemployment Taxes | 0 | |
| | f. State Income Tax | 0 | |
| | g. State Employee withholdings | 628 | |
| | h. All other state taxes - Suta | 0 | |
| | i. ADP processing fee | 82 | |
| | 5. Necessary expenses: | | |
| | a. Rent or mortgage payments(s) - land lease | | |
| | b. Utilities | 15,541 | |
| | c. Insurance | | |
| | d. Merchandise bought for manufacture or sale | | |
| | e. Other necessary expenses (specify) | | |
| | Accounting Fees | 2,500 | |
| | Advertising & Promotion | 8,106 | |
| | Auto Loan payment | | |
| | General & Administrative | 890 | |
| | Health Insurance | 239 | |
| | Management Fees | 9,297 | |
| | Mortgage Interest Payment | | |
| | Necessary capital improvements | 19,088 | |
| | Other Legal & Professional | 4,875 | |
| | Other | | |
| | Outside Labor | | |
| | Real Estate Taxes-escrow | | |
| | Repairs & Maintenance | 17,967 | |
| | Security Deposit Refunds | 549 | |
| TOTAL DISBURSEMENTS | | | 92,196 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | | | 76,303 |
| Net receipts (disbursements) after monthly payment | | 76,303 | 739,042 |
| ENDING BALANCE IN PNC Bank #4641624866 | | | (4,186) |
| ENDING BALANCE IN PNC Bank #4641624874 | | | 33,688 |
| ENDING BALANCE IN PNC Bank #1028913789 | | | 220,966 |
| ENDING BALANCE IN Private Bank #2292409 | | | 488,573 |
| ENDING BALANCE IN ALL ACCOUNTS | | | 739,042 |

OPERATING REPORT  Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Colts Run LLC  CASE NO.: 521-10-18071

RECEIPTS LISTING

For Month Ending July 19, 2012 - FINAL REPORTING

Bank: PNC Bank
Location: 10851 Mastin St, Overland Park, KS 66210
Account Name: Colts Run LLC
Account No.: 4641624866

| Date Received | Description | Amount |
|---|---|---|
| | | none |

Total:

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Colts Run LLC  CASE NO.: 521-10-18071

RECEIPTS LISTING

For Month Ending July 19, 2012 - FINAL REPORTING

| | |
|---|---|
| Bank: | PNC Bank |
| Location: | 10851 Mastin St, Overland Park, KS 66210 |
| Account Name: | Colts Run LLC |
| Account No.: | 4641624874 |

| Date Received | Description | Amount |
|---|---|---|
| 07/09/2012 | Receipt | 746.00 |
| 07/16/2012 | NSF | (50.00) |
| | Total: | 696.00 |

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Colts Run LLC　　　　　　　　　　CASE NO.: 521-10-18071

RECEIPTS LISTING

For Month Ending July 19, 2012 - FINAL REPORTING

| | |
|---|---|
| Bank: | PNC Bank |
| Location: | 10851 Mastin St, Overland Park, KS 66210 |
| Account Name: | Colts Run LLC |
| Account No.: | 1028913789 |

| Date Received | Description | Amount |
|---|---|---|
| 07/02/2012 | Receipts | 7,071.44 |
| 07/02/2012 | Receipts | 22,944.14 |
| 07/02/2012 | Receipts | 17,694.25 |
| 07/02/2012 | Receipts | 13,998.86 |
| 07/03/2012 | Receipts | 12,888.03 |
| 07/03/2012 | Receipts | 19,801.00 |
| 07/03/2012 | Receipts | 10,562.30 |
| 07/05/2012 | Receipts | 12,767.94 |
| 07/05/2012 | Receipts | 8,119.09 |
| 07/06/2012 | Receipts | 17,558.00 |
| 07/09/2012 | Receipts | 6,106.00 |
| 07/09/2012 | Receipts | 4,396.56 |
| 07/10/2012 | Receipts | 823.00 |
| 07/11/2012 | Receipts | 3,945.11 |
| 07/11/2012 | Receipts | 4,116.53 |
| 07/16/2012 | Receipts | 5,011.10 |

Total: 167,803.35

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Colts Run LLC   CASE NO.: 521-10-18071

RECEIPTS LISTING

For Month Ending July 19, 2012 - FINAL REPORTING

| | |
|---|---|
| Bank: | Private Bank |
| Location: | 920 S. Waukegan Road, Lake Forest, IL 60045 |
| Account Name: | Colts Run LLC |
| Account No.: | 2292409 |

| Date Received | Description | Amount |
|---|---|---|
| | | none |
| | Total: | - |

OPERATING REPORT Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:    Colts Run LLC            CASE NO.    521-10-18071

DISBURSEMENT LISTING

For Month Ending July 19, 2012 - FINAL REPORTING

Bank:            PNC Bank
Location:       10851 Mastin St, Overland Park, KS 66210
Account Name:   Colts Run LLC
Account No.:    4641624866

| Date Disbursed | Check No. | Description | Amount |
|---|---|---|---|
| 07/02/2012 | 1211 | t0005533 - Bentley | (46.50) |
| 07/05/2012 | 1214 | t0006716 - Sendker | (99.00) |
| 07/02/2012 | 1216 | t0006929 - Vincent | (99.00) |
| 07/02/2012 | 1259 | cr-abco - ABCO Carpet Cleaning | 250.00 |
| 07/02/2012 | 1260 | cr-cash - Ji Young Choi | 180.22 |
| 07/02/2012 | 1261 | cr-cinta - Cintas Corporation #312 | 101.01 |
| 07/02/2012 | 1262 | cr-elite - Elite Pest Control Co | 275.00 |
| 07/02/2012 | 1263 | cr-ellis - Ellis Painting | 3,755.00 |
| 07/02/2012 | 1264 | cr-guard - Guardian Insurance | 238.81 |
| 07/02/2012 | 1265 | cr-habeg - Habegger | 439.19 |
| 07/02/2012 | 1266 | cr-ku - Kentucky Utilities | 266.12 |
| 07/02/2012 | 1267 | cr-renco - Rent.Com/ Payment Center | 389.00 |
| 07/02/2012 | 1268 | cr-riter - Rite Rug Company Inc. | 1,153.00 |
| 07/02/2012 | 1269 | cr-sherr - Sherrow, Sutherland and Associates, PSC | 150.00 |
| 07/02/2012 | 1270 | cr-swimp - Swim Pro Service, Inc. | 269.28 |
| 07/02/2012 | 1271 | t0005681 - Wallace | 149.00 |
| 07/02/2012 | 1272 | z-nsp - North Street Properties, Inc. | 9,297.00 |
| 07/02/2012 | 1273 | z-wehum - WE Huml & Co. | 2,541.25 |
| 07/02/2012 | 1274 | cr-tacks - Tackett | 99.00 |
| 07/02/2012 | 1275 | cr-vinca - Vincent | 99.00 |
| 07/09/2012 | 1276 | cr-allie - Allied Waste Management | 669.46 |
| 07/09/2012 | 1277 | cr-cash - Ji Young Choi | 1,536.60 |
| 07/09/2012 | 1278 | cr-colem - Coleman | 500.00 |
| 07/09/2012 | 1279 | cr-colum - Columbia Gas of Kentucky | 227.42 |
| 07/09/2012 | 1280 | cr-forre - For Rent Magazine | 975.00 |
| 07/09/2012 | 1281 | cr-glaa - Greater Lexington Apartment Association | 100.00 |
| 07/09/2012 | 1282 | cr-grisb - Grisby | 575.00 |
| 07/09/2012 | 1283 | cr-hdsup - HD Supply Facilities Maintenance | 1,095.71 |
| 07/09/2012 | 1284 | cr-landm - Landmark Landscaping, Inc. | 5,525.00 |
| 07/09/2012 | 1285 | cr-lct - Lexington Coffee & Tea, Inc. | 47.40 |
| 07/09/2012 | 1286 | cr-louds - Loudon Square Buffet | 1,500.00 |
| 07/09/2012 | 1287 | cr-minut - Minuteman Press | 5,770.44 |
| 07/09/2012 | 1288 | cr-montc - Montgomery Contracting Inc | 400.00 |
| 07/09/2012 | 1289 | cr-ppgar - PPG Architectural Finishes, Inc. | 1,618.62 |
| 07/09/2012 | 1290 | cr-purdo - Purdon's Rental Sales | 142.04 |
| 07/09/2012 | 1291 | cr-ricoh - Ricoh USA, Inc. | 31.80 |
| 07/09/2012 | 1292 | cr-riter - Rite Rug Company Inc. | 3,386.00 |
| 07/09/2012 | 1293 | cr-swimp - Swim Pro Service, Inc. | 525.80 |
| 07/09/2012 | 1294 | cr-younm - Young | 99.00 |
| 07/09/2012 | 1295 | t0003094 - Helm | 149.00 |
| 07/09/2012 | 1296 | t0005464 - Bowling | 99.00 |

| Date | Check # | Payee | Amount |
|---|---|---|---|
| 07/09/2012 | 1297 | t0006907 - Coleman | 99.00 |
| 07/16/2012 | 1298 | cr-adkib - Adkins | 500.00 |
| 07/16/2012 | 1299 | cr-answe - Answer One, Inc. | 101.75 |
| 07/16/2012 | 1300 | cr-aptfi - Apartment Finder | 870.67 |
| 07/16/2012 | 1301 | cr-cash - Ji Young Choi | 106.68 |
| 07/16/2012 | 1302 | cr-ellis - Ellis Painting | 3,610.00 |
| 07/16/2012 | 1303 | cr-fergu - Ferguson Enterprises, Inc. | 1,354.68 |
| 07/16/2012 | 1304 | cr-hdsup - HD Supply Facilities Maintenance | 262.88 |
| 07/16/2012 | 1305 | cr-ku - Kentucky Utilities | 189.51 |
| 07/16/2012 | 1306 | cr-kyame - Kentucky American Water | 11,015.18 |
| 07/16/2012 | 1307 | cr-kyame - Kentucky American Water | 828.33 |
| 07/16/2012 | 1308 | cr-lfucg - Lexington-Fayette Co Government Landfill | 433.80 |
| 07/16/2012 | 1309 | cr-lindg - Lindsey | 500.00 |
| 07/16/2012 | 1310 | cr-perfe - Perfect Clean | 695.00 |
| 07/16/2012 | 1311 | cr-riter - Rite Rug Company Inc. | 2,103.55 |
| 07/16/2012 | 1312 | cr-schwe - Schweickart and Associates, Inc. | 112.25 |
| 07/16/2012 | 1313 | cr-swimp - Swim Pro Service, Inc. | 131.97 |
| 07/16/2012 | 1314 | cr-ustru - US Trustee Payment Center | 4,875.00 |
| 07/16/2012 | 1315 | cr-winde - Windstream Entertainment | 178.20 |
| 07/18/2012 | 1316 | cr-adt - ADT Security Systems | 14.63 |
| 07/18/2012 | 1317 | cr-apt.c - Apartments.com | 205.00 |
| 07/18/2012 | 1318 | cr-aptfi - Apartment Finder | 544.17 |
| 07/18/2012 | 1319 | cr-calvi - Calvin Access Controls, Inc | 74.18 |
| 07/18/2012 | 1320 | cr-cinta - Cintas Corporation #312 | 41.07 |
| 07/18/2012 | 1321 | cr-colum - Columbia Gas of Kentucky | 338.42 |
| 07/18/2012 | 1322 | cr-hdsup - HD Supply Facilities Maintenance | 318.90 |
| 07/18/2012 | 1323 | cr-ikono - IKON Office Solutions | 21.74 |
| 07/18/2012 | 1324 | cr-inter - Interline Brands, Inc. | 301.84 |
| 07/18/2012 | 1325 | cr-kyame - Kentucky American Water | 1,380.08 |
| 07/18/2012 | 1326 | cr-lexis - LexisNexis Screening Solutions | 45.38 |
| 07/18/2012 | 1327 | cr-offde - Office Depot, Inc. | 102.56 |
| 07/18/2012 | 1328 | cr-oneze - One Zero Charlie Marketing | 14.94 |
| 07/18/2012 | 1329 | cr-pncpr - PNC Bank, N.A. | 469.81 |
| 07/18/2012 | 1330 | cr-renco - Rent.Com/ Payment Center | 97.25 |
| 07/18/2012 | 1331 | cr-riter - Rite Rug Company Inc. | 634.64 |
| 07/18/2012 | 1332 | cr-sw223 - Sherwin Williams Store 1223 | 1,763.66 |
| 07/18/2012 | 1333 | cr-sw261 - Sherwin Williams Store 1261 | 334.72 |
| 07/13/2012 | Checks | Checks paid to employees | 9,000.20 |
| 07/13/2012 | Payroll Taxes | Payroll Taxes paid by ADP | 4,061.45 |
| 07/13/2012 | ADP fee | ADP Processing charge | 82.49 |
| | | | 92,196.25 |

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Colts Run LLC  CASE NO. 521-10-18071

DISBURSEMENT LISTING

For Month Ending July 19, 2012 - FINAL REPORTING

Bank: PNC Bank
Location: 10851 Mastin St, Overland Park, KS 66210
Account Name: Colts Run LLC
Account No.: 4641624874

| Date Disbursed | Check No. | Description | Amount |
|---|---|---|---|
| | | | none |

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Colts Run LLC                                      CASE NO. 521-10-18071

## DISBURSEMENT LISTING

For Month Ending July 19, 2012 - FINAL REPORTING

Bank: PNC Bank
Location: 10851 Mastin St, Overland Park, KS 66210
Account Name: Colts Run LLC
Account No.: 1028913789

| Date Disbursed | Check No. | Description | Amount |
|---|---|---|---|
| | | | none |

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:  Colts Run LLC                              CASE NO.  521-10-18071

DISBURSEMENT LISTING

For Month Ending July 19, 2012 - FINAL REPORTING

Bank: Private Bank
Location: 920 S. Waukegan Road, Lake Forest, IL 60045
Account Name: Colts Run LLC
Account No.: 2292409

| Date Disbursed | Check No. | Description | Amount |
|---|---|---|---|
| | | | none |

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Colts Run LLC                                         CASE NO. 521-10-18071

For Month Ending July 19, 2012 - FINAL REPORTING

## STATEMENT OF INVENTORY

| | |
|---|---:|
| Beginning Inventory | 0 |
| Add: Purchases | 0 |
| Less: goods sold (cost basis) | 0 |
| Ending Inventory | 0 |

## PAYROLL INFORMATION STATEMENT

| | |
|---|---:|
| Gross payroll for this period | 12,384 |
| Payroll taxes due but unpaid | 0 |

### STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

\* Include only post-petition payments

OPERATING REPORT Page 4

| Form 6123 (Rev. 06-97) | Department of the Treasury-Internal Revenue Service<br>Verification of Fiduciary's Federal Tax Deposit |
|---|---|
| | Do not attach this Notice to your Return |
| TO | District Director, Internal Revenue Service<br>Attn: Chief, Special Procedures Function |
| FROM: | Name of Taxpayer: Colts Run LLC<br>Taxpayer Address: 100 N. Field Drive, #110, Lake Forest, IL 60045 |

The following information is to notify you of Federal tax deposit(s)(FTD) as required by the United States Bankruptcy Court (complete sections 1 and/or 2 as appropriate):

| Section 1<br><br>Taxes Reported on Form 941, Employer's Quarterly Federal Tax Return | Form 941 Federal Tax Deposit (FTD) Information<br>for the payroll period from 6/23 to 7/6/12<br>Payroll date: 7/12/12<br>Gross wages paid to employees: $12,384.44<br>Income tax withheld: $1460.09<br>Social Security (Employer's plus Employee's share of Social Security Tax): $1647.15<br>Tax Deposited: $3107.84<br>Date Deposited: 7/17/12 |
|---|---|
| Section 2<br><br>Taxes Reported on Form 940, Employer's Annual Federal Unemployment Tax Return | Form 940 Federal Tax Deposit (FTD) Information<br>for the payroll period from 6/23 to 7/6/12<br>Gross wages paid to employees: $12,384.44<br>Tax Deposited: $0<br>Date Deposited: n/a |

Certification
(Certification is limited to receipt or electronic transmittal of deposit only)
This certifies receipt of electronic transmittal of deposits described below for Federal taxes as defined in Circular E, Employer's Tax Guide (Publication 15)

| Deposit Method (check box) | ☐ Form 8109/8109B Federal Tax Deposit (FTD) coupon<br>☑ Electronic Federal Tax Payment System (EFTPS) Deposit | |
|---|---|---|
| Amount (Form 941 Taxes)<br>3107.84 | Date of Deposit<br>7/17/12 | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Amount (Form 940 Taxes) | Date of Deposit<br>n/a | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Depositor's Employer Identification Number: | 36-4453302 | Name and Address of Bank |

Under penalties of perjury, I certify that the above federal tax deposit information is true and correct

Signed: _____ Date: 8/2/12
Name and Title (print or type): Ivan Djurin, Managing Member

Cat. #43099Z                                   Form 6123 (rev. 06-97)

```
ID           : 36-4453302          ------------ EFTPS PAYMENT DATA ------------
N&A/Sfx      : 001-1           813      :    180218         813     :
Yr/Qtr       : 12/3            PYMT NO: 228260001084449 PYMT NO:
Disb Status  : X               AMOUNT :          3107.84  AMOUNT  :
Cutoff Date  : 07/13           Int Rlse Date: 07/17/12 Ext Rlse Date: 07/17/12
Dep Total    :           3107.84  FICAEE:           699.72  FICAER:          947.43
FIT          :           1460.69  FUTA  :             0.00  EIC   :            0.00
Company Name : COLTS RUN LLC

   Br/Co                  Deposit
   EA/JQL                         3107.84
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Colts Run LLC          CASE NO. 521-10-18071

For Month Ending July 19, 2012 - FINAL REPORTING

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

| | | |
|---|---|---|
| Beginning of month balance | 111,544 | |
| Add: Sales on account | 166,352 | |
| Less: Collections | (168,499) | |
| End of month balance | 109,397 | |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month Total |
|---|---|---|---|---|
| 0 | 4,851 | 8,196 | 96,350 | 109,397 |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of month balance | 26,375 |
| Add: credit extended | 136,960 |
| Less: payments of account | (92,196) |
| End of month balance | 71,139 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month Total |
|---|---|---|---|---|
| 71,040 | 99 | 0 | 0 | 71,139 |

OPERATING REPORT Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:   Colts Run LLC                    CASE NO.        521-10-18071

For Month Ending July 19, 2012 - FINAL REPORTING

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| # | Item | Yes | No |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes (X) | No ( ) |
| 2. | RCA withholdings | Yes (X) | No ( ) |
| 3. | Employee's withholdings | Yes (X) | No ( ) |
| 4. | Employer's RCA | Yes (X) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes (X) | No ( ) |
| 6. | State Income Tax | Yes (X) | No ( ) |
| 7. | State Employee withholdings | Yes (X) | No ( ) |
| 8. | All other state taxes | Yes (X) | No ( ) |

OPERATING REPORT Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, _____ Ivan Djurin _____, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signed this Declaration:

Ivan Djurin

Manager

DATED: 8/2/12